**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-01147-LTB-KMT

JAMES BRAXTON,

       Plaintiff,

v.

THE EXECUTIVE DIRECTOR OF THE C.D.O.C.,
KEVIN MILYARD,
TERRY BARTRUFF,
LLOYD WAIDE,
JEFF REVORD,
RAYMOND HIGGINS,
GARY LITTLE,
ROBERT KEISEL, and
SHAWN REWOLDT,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendants' Motion for Leave to Amend Motion to Consolidate Cases (Doc 13 - filed August 12, 2009) is **GRANTED**.  The Amended Motion to Consolidate Cases (Doc 14) is accepted for filing.

Dated:  August 14, 2009
_____