IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01147-LTB-KMT

JAMES BRAXTON,
TROY GRAVES,
RONALD JOHNSON,
PAUL PALECEK, and
MICHAEL DAVID JOHNSON,

       Plaintiffs,

v.

ARISTEDES ZAVARAS, THE EXECUTIVE DIRECTOR OF THE C.D.O.C.,
KEVIN MILYARD,
TERRY BARTRUFF,
LLOYD WAIDE,
JEFF REVORD,
RAYMOND HIGGINS,
GARY LITTLE,
ROBERT KEISEL,
SHAWN REWOLDT,
ASSOCIATE WARDEN CAROL SOARES,
MAJOR MARY OX-BERGMAN, and
UNKNOWN JOHN AND JANE DOES (MANAGEMENT TEAM MEMBERS AND SERT TEAM MEMBERS),
ALL IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES,

       Defendants.

ORDER TO CURE DEFICIENCY

Babcock, Senior Judge

       Plaintiff's, James Braxton, Troy Graves, Ronald Johnson and Paul Palecek, submitted a Notice of Appeal on February 23, 2010. The court has determined that the document is deficient as described in this order. Plaintiff's will be directed to cure the following if they wish to pursue this appeal.

**(A)**     **Filing Fee**

    <u> X </u> is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
- <u>X</u> is not submitted
- __ is missing affidavit
- __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- __ is missing required financial information
- __ is missing an original signature by the prisoner
- __ is not on proper form (must use the court's current form)
- __ other_____

Accordingly, it is

  ORDERED that Plaintiff's cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff's file in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the Clerk of the Court mail to Plaintiff's, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

  FURTHER ORDERED that, if Plaintiff's fail to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado this <u> 26th </u> day of February, 2010.

           BY THE COURT:

           <u> s/Lewis T. Babcock       </u>
           SENIOR JUDGE, UNITED STATES DISTRICT
           COURT FOR THE DISTRICT OF COLORADO